UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No. 2:10-cv-3171 LKK KJN P<br><br><br><br>ORDER |

On December 1, 2017, petitioner filed a request to amend his petition. (ECF No. 16.) This petition for writ of habeas corpus was dismissed on May 20, 2011. (ECF Nos. 14, 15.) Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

　　　　IT IS SO ORDERED.

Dated: December 14, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kish3171.158

1